UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER NEAL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 2:19-CV-44-FL |
| STATE EMPLOYEES CREDIT UNION ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which objection was filed and plaintiff's motion to appoint counsel.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 8, 2020, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on May 8, 2020, and Copies To:**
Christopher Neal (via U.S. Mail)     1616662, Pasquotank Correctional Institution, 527 Commerce Drive, Elizabeth City, NC 27906

May 8, 2020                            PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk